IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**MAURICE KIRBY, SR.**                                                        **PLAINTIFF**

vs.                                    **CIVIL ACTION NO.: 3:24-cv-00006-CWR-LGI**

**TERRY L. BAILEY; CRETE CARRIER
CORPORATION; and JOHN DOES 1-9**                            **DEFENDANTS**

### AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause having come on for hearing on the motion *ore tenus* of the Plaintiff to dismiss his claims and causes of action with prejudice against all of the Defendants, and the Court, being advised that all claims and causes of action asserted by the Plaintiff against all of the Defendants have been compromised and settled to the satisfaction of the parties herewith and that there remain no issues to be adjudicated or determined by the Court, is of the opinion that said motion is well-taken, that said motion is hereby granted, and that the claims and causes of action of the Plaintiff against all of the Defendants should be dismissed with prejudice in their entirety.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plaintiff's claims and causes of action against all of the Defendants and this lawsuit are hereby dismissed with prejudice with the parties to bear their own respective costs.

SO ORDERED, this the 21st day of February, 2025.

/s/ Carlton W. Reeves
_____
UNITED STATES DISTRICT JUDGE

Agreed by:

_____
Samuel F. Creasey (MSB #995555)
Morgan & Morgan, PLLC
4450 Old Canton Road, Suite 200
Jackson, Mississippi 39211
screasey@forthepeople.com
*Attorney for Maurice Kirby, Sr.*

_____
Roy H. Liddell (MSB #1252)
Clint D. Vanderver (MSB #101997)
Wells, Marble & Hurst, PLLC
Post Office Box 131
Jackson, Mississippi 39205-0131
rliddell@wellsmarble.com
cvanderver@wellsmarble.com
*Attorneys for Defendants Terry L. Bailey
and Crete Carrier Corporation*

/292654